IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AIRBOSS RUBBER COMPOUNDING (NC), INC., ) ) ) Plaintiff, ) ) vs. ) ) KARDOES RUBBER CO., INC. ) AND RAMEY F. THOMPSON, ) ) Defendants. | Civil Action No. 1:12-CV-352 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COME Plaintiff AirBoss Rubber Compounding (NC), Inc. and Defendants Kardoes Rubber Co., Inc. and Ramey F. Thompson, by and through their respective counsel and hereby give notice of their voluntary dismissal with prejudice of all of their respective claims filed in the above captioned matter. Each party to this lawsuit agrees to bear its/his own costs.

This the 23nd day of October, 2013.

Respectfully submitted,

/s/ Charles George
Charles George
N.C. State Bar No. 21003
Wyrick Robbins Yates & Ponton LLP
P. O. Drawer 17803
Raleigh, North Carolina 27619-7803
Telephone: (919) 781-4000
Facsimile: (919) 781-4865
cgeorge@wyrick.com
*Attorneys for Plaintiff*

/s/ N. Dean Powell
Corena A. Norris-McCluney
N.C. Bar No. 29366
N. Dean Powell, Jr.
N.C. Bar No. 35511
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
cnorris-mccluney@kilpatricktownsend.com
dpowell@kilpatricktownsend.com

Thomas H. Christopher *(Pro hac vice)*
Georgia Bar No. 125512
Kathleen B. Dodd Barton *(Pro hac vice)*
Georgia Bar No. 443647
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
tchristopher@ktslaw.com
kbarton@ktslaw.com

**KILPATRICK TOWNSEND & STOCKTON LLP**
*Attorneys for Defendants Kardoes Rubber Co., Inc. and Ramey F. Thompson*

Stephen A. Walsh (*Pro hac vice*)
Alabama Bar. No. 9036-S81S
1901 Sixth Avenue North, Suite 3000
Birmingham, AL 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034
stephen.walsh@arlaw.com

**ADAMS AND REESE LLP**
*Attorney for Defendant Ramey F. Thompson*